# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## DEFENDANT'S ANSWER TO THE COMPLAINT

Deansey Lante Johnson,

_____,

*(Write the full name of each Plaintiff who filed the complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Officer J. Hill, et al,

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 4:18cv282-MW/CAS

**Jury Trial Requested?**
☐ YES  ☑ NO

FILED USDC FLND TL
MAR 15 '19 AM 9:39

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's name: Deansey Lonte Johnson

Address: Union Correctional Institution
P.O. Box 1000

City, state, and zip code: Raiford, FL 32083

Telephone: _____ (Home) _____ (Cell)

*(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Answering Defendant

Defendant's name: Jerry Hill

Address: 206 SW San Pedro Ct

City, state, and zip code: Mayo, FL 32066

Telephone: _____ (Home) _____ (Cell)

Email address: _____

*(Provide this information for each Defendant filing an answer to the allegations in the complaint by attaching additional pages, as needed.)*

## II. ANSWER AND DEFENSES TO THE COMPLAINT

A. Answer

On a separate page, write a short and plain statement in answer to the allegations of the complaint. Each answer must correspond to the paragraph number in the complaint. For example, paragraph one of the answer must respond to the allegation stated in paragraph one of the complaint. For each paragraph, state whether the Defendant: admits the allegation; denies the allegation; lacks sufficient knowledge to either admit or deny the allegation; admits some of the allegations *(be specific)*, but denies or lacks sufficient information to deny the rest of the allegations; or states no answer is required because the allegation pertains to someone else.

B. Defenses

Write a short and plain statement identifying your defenses to the allegations of the complaint using any defense listed below which you believe is applicable.

1. This Court does not have jurisdiction over the claims because:

   *(check all that apply)*

   ☐ No federal question          ☐ No diversity of citizenship

   Please explain your answer: _____

   _____

## ANSWER

**Comes Now** the Defendant, Jerry Hill and files this Answer to Amended Civil Rights Complaint and admits, alleges, or denies in paragraphs which correspond to the numbered paragraphs of the Complaint as follows:

    I. Admits for jurisdictional purposes.
    II.
        1. Admit as to name. Denies remaining allegations.
        2. Lacks sufficient knowledge to either admit or deny.
    III. Lacks sufficient knowledge to either admit or deny.
    IV.
        A. Lacks sufficient knowledge to either admit or deny.
        B. Lacks sufficient knowledge to either admit or deny.
        C. Lacks sufficient knowledge to either admit or deny.
        D. Lacks sufficient knowledge to either admit or deny.
    V. Denies all allegations contained in this section.
    VI. Denies.
        1. Denies.
        2. Denies.
    VII. Denies.

Any allegations not specifically addressed herein are denied.

2. This Court does not have personal jurisdiction over the Defendant because: _____

   _____

   _____

3. Venue where this Court is located is improper for this case because:

   _____

   _____

   _____

4. Defendant was served, but the form of the process *(the summons)* was insufficient because: _____

   _____

   _____

5. The manner of serving the Defendant with the summons and complaint was insufficient because: _____

   _____

   _____

6. The complaint fails to state a claim upon which relief can be granted to Plaintiff because *(please explain why the facts alleged, even if true, are not enough to show that Plaintiff is entitled to recover):* _____

_____

_____

_____

7. Defendant believes another party (*name*) _____

   needs to be joined *(added as a party)* in this case because: _____

   _____

   _____

   _____

   a. If the basis for subject matter jurisdiction is diversity of citizenship, the other party is a citizen of the State of _____

   or nation of _____

   b. If the basis of the claim against the other party is an alleged violation of a federal constitutional or statutory right, explain the factual basis: _____

   _____

   _____

C. Affirmative Defenses

Identify any affirmative defense that provides a basis for Defendant to avoid liability for one or more of Plaintiff's claims. Any affirmative defense or avoidance must be identified in the answer. Explain any of the following

defenses that apply, as well as any other defense you believe is applicable.

Plaintiff's claim *(specify which claim if necessary)* is barred by:

1. Accord and satisfaction *(briefly explain)*: _____

   _____

2. Arbitration and award *(briefly explain)*: _____

   _____

3. Assumption of risk *(briefly explain)*: _____

   _____

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*: Plaintiff re-engaged with the inmates as alleged in Section V paragraphs 26 - 31 after being in a position of safety after alleged initial argument.

5. Duress *(briefly explain)*: _____

   _____

6. Estoppel *(briefly explain)*: _____

   _____

7. Failure of consideration *(briefly explain)*: _____

   _____

8. Fraud *(briefly explain)*: _____

   _____

9. Illegality *(briefly explain)*: _____

10. Injury by fellow employee (*briefly explain*): _____

_____

11. Laches *(Delay)* (*briefly explain*): _____

_____

12. License (*briefly explain*): _____

_____

13. Payment (*briefly explain*): _____

_____

14. Release (*briefly explain*): _____

_____

15. Res judicata (*briefly explain*): _____

_____

16. Statute of frauds (*briefly explain*): _____

_____

17. Statute of limitations (*briefly explain*): _____

_____

18. Waiver (*briefly explain*): _____

_____

19. Other affirmative defense (*briefly explain*): _____

D. Counterclaim or Cross-Claim

A Defendant may assert either a counterclaim against the Plaintiff or a cross-claim against another Defendant. If you believe there is a basis to do so, state briefly the facts showing why you are entitled to damages or other relief from the Plaintiff *(counterclaim)* or another Defendant *(cross-claim)*. Do not make legal arguments or quote case law. State how the opposing party was involved and what that party did, or failed to do, which caused you harm or violated your rights.

Identify the dates and place where the events occurred. If more than one counterclaim or cross-claim is asserted, number each claim and include the facts which support each claim.

1. Defendant has the following counterclaim against the Plaintiff(s) *(specify and explain the claim):* _____

_____

_____

_____

2. Defendant has the following cross-claim against one or more of the other Defendants *(specify and explain the claim):* _____

_____

_____

_____

_____

3. What damages or other relief do you request? (*Include any amount of actual damages claimed and the basis for the amount. Include any punitive or exemplary damages claimed, the amount, and the reason you believe you are entitled to such damages.*)

   a. Defendant asserts the counterclaim against *(specify the party)* _____ and alleges the following injury or damages: _____

   _____

   _____

   b. Defendant asserts the cross-claim against *(specify the party)* _____ and alleges the following injury or damages: _____

   _____

   _____

## III. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/14/19     Defendant's Signature: _Jerry F. Hill_

Printed Name of Defendant: _Jerry Hill_

Address: _2016 SW San Pedro CT, Mayo, FL 32066_

E-Mail Address: _____

Telephone Number: _____

**As required by Local Rule 5.1(F), I certify that this document has been served on this date by** Regular US mail *(specify first-class mail or other manner of service)* _____ **on these parties** (*include address used*): Deansey Lonte Johnson
Union Correctional Institution
P.O. Box 1000
Raiford, FL 32083

Date: 3/14/19   Defendant's Signature: Jerry J. Hu