## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, TO DEFENDANT JERRY HILL

Defendant Hill will be referred to herein as "Defendant" or "you". Florida Department of Corrections will be referred to as "Department" or "D.O.C.". The incident sued upon is the violation of the Eighth Amendment rights of Deonrey Lonte Johnson. The date of the matter sued upon is May 10th, 2017.

The following records are sought for inspection and copying under Fed. R. Civ. P. 34:

Responding party must respond to each discovery request unless objected to, in which case the responding party must state the reason for the objection, the subject matter to which it applies, clearly limit the objection to that subject matter, and shall respond to the extent that any part of the subject matter is not deemed objectionable.

These requests are for all records and items with the possession, custody, or control of the Defendant, Jerry Hill and the Florida Department of Corrections, or the city relevant to Taylor County, except to the extent they would invade legitimate privileges. Any discovery request to which privileged material is responsive, can be satisfied by listing the privileged material in Defendant's privilege log and referring to the privilege log in the discovery response.

In Re: Deonrey Lonte Johnson,
               Plaintiff
  V.                                 Civil action: 4:18 cv 282-MW/CAS
       Jerry Hill,
         Defendant.

FILED USDC FLND TL
JAN 13 '20 PM 4:21

(1)

## PLAINTIFF'S REQUESTS FOR DOCUMENTS TO: DEFENDANT JERRY HILL

Pursuant to Rule 34 of the Fed. R. Civ. P., Plaintiff requests that Defendant Jerry Hill produce for inspection and copying, the following documents:

1. All records, including electronically stored information, in your, or D.O.C.'s possession, custody, or control, that you may use to dispute Plaintiff's claims or to support your defenses.

2. A copy of your application to the Department and periodic evaluations.

3. Your application for any promotions and all Department responses.

4. All reports of corrective actions against you during your corrections career.

5. All records supporting any response you provide to Plaintiff's Interrogatories, and request for admissions, where the statement is not unequivocally admitted.

6. All records requests made by you or on your behalf relevant to the matter sued upon, and all responses made to you by the person or entity from whom the records were requested.

7. All records not privileged that you created as a result of the matter sued upon... i.e. Letters, memos, reports etc..

(2)

8. All social media postings relating to your law enforcement philosophy and work as a law enforcement / D.O.C. officer from five years prior to the date of the matter sued upon to the present.

9. The complete prison records of Plaintiff Johnson.

10. All written statements, originals or copies, identifiable as reports about the incident in question / matter sued upon, made by DOC employees, and/or other witnesses, including yourself.

11. All medical records from D.O.C. of Plaintiff, from 5-10-17 till time of your response to this request, to include Plaintiff's Mental Health records.

12. Any and all rules, regulations, and policies of the Florida Department of Corrections in re an employee's duty to protect an inmate under their supervision, from violence / harm, and/or injury at the hands of other inmates.

13. Provide a privilege log identifying each document responsive to Plaintiff's discovery requests that you claim is privileged, indicating date, author, general subject matter, present custodian, and the basis upon which such privilege is claimed, sufficiently identifying such item / record in a manner that will permit a motion to compel.

Date: 1-8-2020    /s/ Deonsey Lonte Johnson  #P13172
                  Deonsey Lonte Johnson #P13172

(3)

Deonsaylonte Johnson # 013172 — F4107
Suwannee Correctional Institution,
5964 U.S. Highway 90,
Live Oak, FLA 32060

Mailed From State
Correctional
Institution
Suwannee C.I.

CHECKED JAN 13 2020

U.S. POSTAGE >> PITNEY BOWES
ZIP 32060 $ 000.65
02 4W
0000347568 JAN 09 2020

LEGAL MAIL

United States District Court,
Northern District, Tallahassee Division,
111 N. Adams Street, Suite #322
Tallahassee, FLA. 32301-7730

32301-77305