# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DEONSEY LONTE JOHNSON,**

    **Plaintiff,**

vs.                                          **Case No. 4:18cv282-MW-CAS**

**OFFICER J. HILL,**
**and A.R.N.P. M. KEY,**

    **Defendants.**

_____/

## O R D E R

The pro se Plaintiff was granted leave to submit an amended complaint. ECF No. 59. Plaintiff's second amended complaint, ECF No. 60, has been timely filed.

Previously, the two named Defendants (Hill and Brubaker) were served and filed either an answer, *see* ECF No. 47, or a motion to dismiss, ECF No. 54. In light of the second amended complaint, ECF No. 60, Defendant Brubaker's motion to dismiss, ECF No. 54, is denied as moot. Indeed, Defendant Brubaker has been dismissed from this action.

Plaintiff retained his claim against Defendant Hill, and that Defendant shall have until **February 20, 2020**, in which to file an answer or other response to the second amended complaint. Plaintiff's second amended complaint added a claim against a newly added Defendant, M. Key, an A.R.N.P. ECF No. 60. Plaintiff provided a service copy of the complaint and a separate Order will be entered this day directing service of the second amended complaint on Plaintiff's behalf for Defendant Key.

However, it is unclear whether or not Plaintiff served a copy of the second amended complaint, ECF No. 60, on Defendant Hill. Because Plaintiff submitted two additional service copies to the Court, it is assumed that he did not do so. However, as Plaintiff should be well aware by this point in the litigation process, Plaintiff must serve a copy of all documents filed on those Defendants already in the case. Plaintiff will be required to file a response to this Order advising when and how Defendant Hill was served with the complaint. If Plaintiff has not already served that Defendant, he must do so no later than **February 28, 2020**.

Additionally, after Defendant Hill was served with Plaintiff's amended complaint, ECF No. 11, a pro se answer was filed. ECF No. 29. Defendant Hill has continued to proceed pro se, and an Initial Scheduling

Order was entered on April 25, 2019. ECF No. 37. That Order provided a discovery deadline of August 5, 2019, *id.*, but it was subsequently extended to December 13, 2019. ECF No. 51. Notably, an Order was entered on December 3, 2019, which denied Plaintiff's request to extend the discovery period further. ECF No. 57. The Order advised that if Plaintiff had not already served discovery requests, any additional requests were likely too late. *Id.* at 2-3.

Despite the fact that the discovery period has closed, on January 13, 2020, Plaintiff submitted to the Clerk of Court a discovery request for Defendant Hill, ECF No. 61, and Plaintiff's first request for production of documents, ECF No. 62. Defendant Hill need not respond to those requests as they have not been timely submitted. Moreover, the Local Rules of this Court direct that discovery should not be filed. N.D. Fla. Loc. R. 26.1(A). No further action will be taken on those documents.

In light of this Order, and assuming Plaintiff's timely compliance in serving Defendant Hill, Defendant Hill is required to file a response to Plaintiff's second amended complaint no later than **March 20, 2020**. The deadline for filing summary judgment motions shall be terminated and a new deadline entered at a later point in this litigation.

Accordingly, it is

**ORDERED:**

1. Defendant Brubaker's motion to dismiss, ECF No. 54, is **DENIED** as moot as that Defendant has been voluntarily **DISMISSED**.

2. The Clerk of Court shall return to Plaintiff one of the service copies he submitted of his second amended complaint.

3. Plaintiff must serve Defendant Hill with a copy of his second amended complaint no later than **February 28, 2020**.

4. Plaintiff must file a response to this Order confirming when and how Defendant Hill was served with the second amended complaint.

5. Defendant Hill shall have until **March 20, 2020**, to file an answer or other response as may be appropriate to Plaintiff's second amended complaint.

6. The Clerk of Court shall terminate the deadline for filing summary judgment motions.

7. Plaintiff shall immediately file a notice to the Clerk's Office in the event his address changes, he is transferred, or released from custody.

8. The Clerk of Court shall return this file upon Plaintiff's filing of his response to this Order, the filing of an answer to the second amended complaint, or no later than March 20, 2020.

**DONE AND ORDERED** on January 30, 2020.

<u>S/    Charles A. Stampelos</u>
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**