**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DEONSEY LONTE JOHNSON,**

    **Plaintiff,**

vs.                                               **Case No. 4:18cv282-MW-MAF**

**OFFICER J. HILL,
and A.R.N.P. M. KEY,**

    **Defendants.**

_____/

## O R D E R

Pro se Defendant Jerry Hill filed a motion to dismiss, ECF No. 70, in late March 2020, and the pro se Plaintiff was advised of his responsibility to file a response in opposition to the motion to dismiss. ECF No. 73. Plaintiff then advised that he had not received the motion, ECF No. 76, and another Order was entered which gave Plaintiff until July 17, 2020, to file his opposition and directed Defendant Hill to serve another copy of his motion to dismiss, ECF No. 70, on Plaintiff at his new address of record[1] by May 29, 2020. ECF No. 77. Defendant Hill was also directed to

---

[1] Plaintiff's motion, ECF No. 76, also included a notice of a change of address indicating Plaintiff had been transferred to Hamilton Correctional Institution.

"simultaneously file a notice to this Court advising of his compliance." *Id.* When nothing was filed, another Order was entered, ECF No. 78, directing Defendant Hill to file a notice of compliance by **June 15, 2020**, demonstrating that his motion to dismiss was served on the Plaintiff. As of this date, nothing has been filed by Defendant Hill.

This is the third Order requiring Defendant's compliance. He must do so immediately, and no later than **July 1, 2020**. If Plaintiff has not received a copy of the motion to dismiss by **July 6, 2020**, Plaintiff shall so advise this Court. Plaintiff cannot be expected to respond to a motion to dismiss that he has not received. Assuming Defendant Hill's compliance, Plaintiff shall have until **July 30, 2020**, to file his response in opposition to the motion.

Another motion to dismiss has now been filed by the remaining Defendant. ECF No. 79. This Order advises Plaintiff of his obligation to respond to Defendant Key's motion to dismiss. Pursuant to the Local Rules of this Court, a party opposing a motion must file a memorandum in opposition. N.D. Fla. Loc. R. 7.1(E). Plaintiff is advised that a response to the motion must be filed no later than **July 23, 2020**. Plaintiff is reminded

that the Court may grant Defendant's motion "by default" if Plaintiff "does not file a memorandum as required by this rule." N.D. Fla. Loc. R. 7.1(H).

Accordingly, it is

**ORDERED:**

1. Plaintiff has until **July 23, 2020**, in which to file a response to Defendant Key's motion to dismiss, ECF No. 79.

2  Defendant Hill must serve a copy of his motion to dismiss, ECF No. 70, on Plaintiff and must file a notice to this Court advising that he has complied with this Order no later than **July 1, 2020**.

3. Plaintiff shall notify this Court if he does not receive a copy of Defendant Hill's motion to dismiss.

4. Plaintiff has until **July 30, 2020**, in which to file a response to Defendant Hill's motion to dismiss, ECF No. 70.

5. Plaintiff shall immediately file a notice to the Clerk's Office in the event of an address change, transfer, or release from custody.

6. The Clerk of Court shall return this file upon Plaintiff's filing of responses to the pending motions to dismiss, Defendant Hill's filing of a notice of compliance, or no later than July 23, 2020.

**DONE AND ORDERED** on June 23, 2020.

      **S/   Martin A. Fitzpatrick**
      **MARTIN A. FITZPATRICK**
      **UNITED STATES MAGISTRATE JUDGE**