# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEONSEY LONTE JOHNSON,

      Plaintiff,

vs.

                                       Case No. 4:18-cv-282-MW/CAS

OFFICER J. HILL
and M. KEY, ARNP,

      Defendants.
_____/

## DEFENDANT MELANIE KEY ARNP'S SUPPLEMENTAL CERTIFICATE OF SERVICE REGARDING MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

**I HEREBY CERTIFY** that on June 23, 2020, I mailed a true copy of Defendant Melanie Key ARNP's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 79) by first-class mail to non-CM/ECF participant Plaintiff Deonsey Lonte Johnson at the following address:

> Deonsey Lonte Johnson
> P13172
> Hamilton Correctional Institution
> 10650 SW 46 Street
> Jasper, FL 32052-1360
> (*Pro Se*)

Case No. 4:18-cv-282-MW/CAS

        Respectfully submitted,

*s/ Victor G. Sanabria*
FRANCIS H. SHEPPARD
Florida Bar No.: 0442290
E-mail:  fsheppard@rumberger.com
VICTOR G. SANABRIA
Florida Bar No.: 125292
E-mail: vsanabria@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300
Fax:  407.841.2133
Attorneys for Defendant M. Key APRN

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 23rd of June 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **None**.  I further certify that I mailed the foreg6oing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Deonsey Lonte Johnson<br>P13172<br>Hamilton Correctional Institution<br>10650 SW 46 Street<br>Jasper, FL 32052-1360<br>(*Pro Se*) | Jerry Hill<br>206 San Pedro Court<br>Mayo, FL  32066<br>(*Pro Se*) |

2

*s/ Victor G. Sanabria*
FRANCIS H. SHEPPARD
Florida Bar No.:  0442290
E-mail:  fsheppard@rumberger.com
VICTOR G. SANABRIA
Florida Bar No.: 125292
E-mail: vsanabria@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300
Fax:  407.841.2133
Attorneys for Defendant M. Key APRN