# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DEONSEY LONTE JOHNSON,**

    *Plaintiff,*

v.                                      **CASE NO.: 4:18cv282-MW/MAF**

**JERRY HILL, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 84. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant Hill's Motion to Dismiss, ECF No. 70, and Defendant Key's Motion to Dismiss, ECF No. 79, are **GRANTED** for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1997(e). This case is **DISMISSED**." The Clerk is directed to note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk shall

terminate ECF No. 83 and close the file.

    **SO ORDERED on October 26, 2020.**

                                                  **s/Mark E. Walker**
                                                  **Chief United States District Judge**