PROVIDED TO HAMILTON CI
OCT 23 2020
RECEIVED BY UM
FOR MAILING

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF FLORIDA,
TALLAHASSEE DIVISION

Deontrey Lante Johnson,
Plaintiff,

Case No: 4:18-CV-282-MW/MAF

V.

Officer Jerry Hill, et. al.,
Defendant's,

---

## MOTION FOR EXTENSION OF TIME

Comes Now, the Plaintiff, Deontrey Lante Johnson, pro se, pursuant to **FED.R.PROC.** _ Whereby he requests that this Honorable Court grant him an extension in the sum of (60) sixty days, in which to submit "specific objections" to the Magistrates R+R dated: Sept. 3rd, 2020. This is Plaintiff's "second" request for extension of time, but in support of this instant request/motion, Plaintiff shows the following:

1) This is Plaintiff's Second Motion For Extension of time, for which to submit objections to the R+R submitted by the Magistrate on Sept. 3rd, 2020. However, since Plaintiff's last Motion For Extension of time, (due to a broken righthand, which is still casted etc.) Plaintiff had to have a "cast" placed on his righthand/rightwrist which impair his ability to take notes, draft legal motions, etc. relevant to these proceedings, within the time period initially allotted/extended. Plaintiff is infact, "righthanded". _ Doctor predicted 5-6 weeks before removal of cast, and uncertain as to rehabilitation period, but, says that it will be needed.

2) In addition to said latter developements, Plaintiff is untrained or skilled in the science of law, and has "limited" access to the Law Library research material, due to "social distancing" policies in place at this institution following the Covid-19 Pandemic.

Consequently, compliance with the current deadline / time period is impractical. Additional time is needed.

3) This request for extension has been made in good faith, and not for the purpose of unnecessary delay, or other dilatory purposes;

4) Opposing party will not be prejudiced by a grant of the requested "Extention of time", and has been served a copy of this Motion.

Wherefore, based upon the foregoing pleadings / medical reasons etc., Plaintiff prays that this Honorable Court, grant him an extension in which to file objections to the Magistrates R&R, in the total sum of (60) Sixty-days from the Court's receipt of this Motion.

/s/ Deunjy ___ #013172
Leonjeylante Johnson
#013172

(2)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I placed a true and correct copy of the foregoing "Motion For Extention", into the hands of prison officials for the purpose of mailing U.S. Postal, pre-paid, to: Jerry Hill, 206 San Pedro Court, Mayo, Fla. 32066. -AND- M. Key, and Attorney Rumberger Kirk + Caldwell P.A., 80 Southwest 8th Street, Suite 3000, Miami, Fla. 33130-3037, this 23rd, day of Oct., 2020.

/S/ Dempsey Lonte Johnson #P13172
Dempsey Lonte Johnson #P13172
Hamilton Correctional Inst.
10650 Southwest 46th Street,
Jasper, Fla. 32052

## UNNOTARIZED OATH

UNDER THE PENALTY OF PERJURY, I, Dempsey Lonte Johnson, declare that I understand English, and have read the foregoing "Motion", and that the facts as set forth / stated therein, are true and correct, pursuant to ~~~~~~~ Title 28 U.S.C. §1746. Executed: this 23rd, day of Oct., 2020.

/S/ Dempsey Lonte Johnson #P13172
Dempsey Lonte Johnson #P13172
Hamilton Correctional Inst.
10650 Southwest 46th Street,
Jasper, Fla. 32052

(3)

