# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DEONSEY LONTE JOHNSON,**

    *Plaintiff,*

v.                                                      **CASE NO.: 4:18cv282-MW/MAF**

**JERRY HILL, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 84. Upon consideration, no objections[1] having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant Hill's Motion to Dismiss, ECF No. 70, and Defendant Key's Motion to Dismiss, ECF No. 79, are

---

[1] After the Magistrate Judge entered its report and recommendation, Plaintiff moved for an extension to file objections. ECF No. 85. The Magistrate Judge granted the extension. ECF No. 86. After the first extended deadline passed, this Court adopted the report and recommendation because Plaintiff did not file any objections. ECF No. 87. Plaintiff, however, once again moved for an extension of time to file objections. ECF No. 89. While the motion for extension was docketed after the deadline and after this Court adopted the report and recommendation, this Court nonetheless granted the extension because it was "mailed on October 23, 2020"—the day Plaintiff's objections were due. ECF No. 90. The second extended deadline has now passed, and Plaintiff has neither filed any objections nor filed for an extension.

**GRANTED** for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1997(e). This case is **DISMISSED**." The Clerk is directed to note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk shall terminate ECF No. 83 and close the file.

**SO ORDERED on December 31, 2020.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**