# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DEONSEY LONTE JOHNSON,**

    *Plaintiff,*

v.                                    CASE NO.: 4:18cv282-MW/MAF

**JERRY HILL, et al.,**

    *Defendants*.

_____/

## ORDER VACATING PRIOR ORDER AND ACCEPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

On December 31, 2020, this Court entered an order accepting and adopting the Magistrate Judge's Report and Recommendation and dismissing Plaintiff's claims for failure to exhaust administrative remedies. ECF No. 91. Subsequently, this Court received Plaintiff's objection to the Report and Recommendation, asserting he had exhausted his administrative remedies with regard to his 8th Amendment claim against Defendant Hill and attaching his grievance that had been approved at the institutional level. ECF No. 93. Plaintiff's objections were dated December 23, 2020, and were timely filed before the December 28th objection deadline. Accordingly, having considered Plaintiff's objection *de novo*, ECF No. 93, this Court **VACATES** its prior Order, ECF No. 91, and directs the Clerk to **VACATE** the Judgment, ECF No. 92.

Plaintiff is correct in his assertion that he exhausted his administrative remedies with respect to his grievance regarding Defendant Hill, ECF No. 93 at 6, which was approved at the institutional level and forwarded to the Office of the Inspector General for investigation. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted in part** as this Court's opinion except to the extent it conflicts with this Order. Defendant Key's Motion to Dismiss, ECF No. 79, is **GRANTED** for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1997(e). The report and recommendation is **rejected in part**. Defendant Hill's Motion to Dismiss, ECF No. 70, is **DENIED**. Plaintiff's claim against Defendant Key is **DISMISSED with prejudice** for failure to exhaust administrative remedies. The claim against Defendant Hill may proceed. The Clerk is directed to reopen the file and remand the matter to Magistrate Judge Fitzpatrick.

**SO ORDERED on January 12, 2021.**

s/Mark E. Walker
**Chief United States District Judge**