IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEONSEY LONTE JOHNSON,**

    *Plaintiff,*

v.                                                         Case No.: 4:18cv282-MW/MAF

**JERRY HILL,**
    *Defendant.*
_____/

## ORDER FOR PRETRIAL CONFERENCE

The following pretrial schedule and procedure is established:

### I. Dates for Compliance with Pretrial Procedures

A.    This case is set for a TELEPHONIC pretrial conference at **9:00 A.M. on June 3, 2022.**

B.    Inasmuch as both parties are pro se, the parties are not required to conduct an "attorney's conference." It appears such a meeting would be unproductive.

C.    The pretrial paperwork required by paragraphs II and III shall be filed by each party with the Clerk of the Court on or before **March 18, 2022**. This Court, in turn, will immediately forward each party's paperwork to the other party.

D.    This case will be tried in the trial term that begins on **June 13, 2022, at 8:15 A.M.**

## II. Pretrial Stipulation

The pretrial paperwork to be filed by each party individually shall contain:

A. A detailed list of all exhibits to be offered at the trial including but not limited to documents, photographs, medical records etc. It is not enough to list "medical records" or photographs. For example, if a party wishes to introduce medical records from a prison then the party needs to identify the facility, the records, the dates of treatment, etc.

B. A list of _all_ witnesses, including rebuttal and expert, intended to be called at the trial. The list of witnesses must include the last known address of the witness, if any, and a brief summary of the testimony the party seeks to introduce through each witness. For example, Plaintiff or Defendant might list "Correctional Officer Jane Doe (fictional name)," list her address, and say she overheard the conversation between Plaintiff and Defendant in which Plaintiff allegedly asked Defendant to protect him from other inmates. That is, the parties simply need to include a general summary of the topic or topics the witnesses will be asked about during trial. The parties are reminded that it is their responsibility to secure the attendance of the witnesses at trial. With that said, this Court will facilitate a witness's attendance if the witness has material information, is within a hundred miles of the courthouse, and the party provides this Court with the current address

of the witness. This Court does not have investigators and will **not** search for witnesses.

### III. Papers to be Submitted

No later than **March 18, 2022**, the parties shall file with the Clerk of the Court the witness lists and exhibit lists described above.

### IV. Conduct of Pretrial Conference

A. Both parties, proceeding pro se, are required to be on the phone for the telephonic pretrial conference.

B. This Court will ordinarily dispose of all motions and other matters then at issue. This Court will review all matters contained in the pretrial paperwork and consider any other matters which may be presented with a view towards simplifying the issues and bringing about a just, speedy, and inexpensive determination of the case.

### V. Newly Discovered Evidence or Witnesses

Except as provided in this paragraph, witnesses not timely listed in the pretrial stipulation will not be allowed to testify, and exhibits not timely listed in the pretrial stipulation will not be admitted into evidence. If any new witness is discovered after submission of the pretrial stipulation, the party desiring to call the witness shall immediately file with the clerk notice of the witness's name and address and the substance of the witness's proposed testimony, together with the reason for the late

discovery. If any new exhibit is discovered after submission of pretrial stipulation, the party desiring to use it shall immediately disclose the exhibit to the court with the reason for late discovery. Use of such newly discovered witnesses or evidence shall be allowed only by order of this Court in the furtherance of justice.

## VI. Special Matters

Should a party fail to appear at a pretrial conference or otherwise fail to comply with this order, a judgment of dismissal or default or other appropriate judgment may be entered, and sanctions or other appropriate relief may be imposed.

**SO ORDERED on January 18, 2022.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**