UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEONSEY LONTE JOHNSON,

    Plaintiff,

vs.

JERRY HILL, et al.,

    Defendants.

Case No. 4:18cv282-MW/MAF

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that the Undersigned Attorney enters his appearance in the above cause as counsel for the Plaintiff, DEONSEY LONTE JOHNSON, and requests that all pleadings, motions, and notices be forwarded to this attorney at the address set forth below.

Respectfully Submitted,    *s/ James V. Cook*
    JAMES V. COOK, ESQ.
    Florida Bar Number 0966843
    Law Office of James Cook
    314 West Jefferson Street
    Tallahassee, FL 32301
    (850) 222-8080; 561-0836 fax
    cookjv@gmail.com

    Attorney for Plaintiff

I CERTIFY the foregoing was filed electronically on 1/24/2022, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

    */s/James V. Cook*