# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEONSEY LONTE JOHNSON,

    Plaintiff,

v.                                         Case No.: 4:18cv282-MW/MAF

JERRY HILL,

    Defendant.

_____/

## JUDGMENT

Plaintiff Deonsey Lonte Johnson shall take and recover from Defendant Jerry Hill the sum of $57,073.90. This judgment is subject to the limitations set forth in the parties' stipulated agreement.

                                        JESSICA J LYUBLANOVITS,
                                        CLERK OF COURT

<u>July 19, 2022</u>                        s/ *Ronnie Barker*
DATE                                   DEPUTY CLERK